No. 65474.—A. V. Olsson Trading Co., Inc. *v.* United States, protest 60/30001 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 65475.—R. H. Elsbach & Co., Inc., and H. B. Thomas & Co. *v.* United States, protest 59/31539 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of chewing gum similar in all material respects to that the subject of *Fred L. Strauss* v. *United States* (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 19, 1961

No. 65476.—Ronco Corp. et al. *v.* United States, protests 59/29849, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal magnetos and parts thereof the same in all material respects as those the subject of *Ronco Corporation* v. *United States* (44 Cust. Ct. 253, C.D. 2184), the claim of the plaintiffs was sustained.